IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ALACHUA COUNTY EDUCATION
ASSOCIATION, et al.,**

    *Plaintiffs*,

v.                                                                            Case No.: 1:23cv111-MW/HTC

**DONALD J. RUBOTTOM, et al.,**

    *Defendants*.

_____/

## ORDER FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT

This action is before this Court *sua sponte* pursuant to Federal Rule of Civil Procedure 12(e). Under Rule 12(e), this Court has a "supervisory obligation to *sua sponte* order repleading . . . when a shotgun complaint fails to link adequately a cause of action to its factual predicates." *Wagner v. First Horizon Pharm. Corp.*, 464 F.3d 1273, 1275 (11th Cir. 2006). The most common type of shotgun complaint "—by a long shot—is a complaint containing multiple counts where each count adopts the allegations of all preceding counts, causing each successive count to carry all that came before and the last count to be a combination of the entire complaint." *Weiland v. Palm Beach Cnty. Sheriff's Off.*, 792 F.3d 1313, 1321 (11th Cir. 2015); *accord Keith v. DeKalb Cnty.*, 749 F.3d 1034, 1045 n.39 (11th Cir. 2014) (describing

this type of complaint as the "quintessential 'shotgun' pleading—the sort of pleading [the Eleventh Circuit has] been roundly condemning for 30 years.").

Here, Plaintiff's complaint contains this exact deficiency. Each count "incorporate[s] all paragraphs above by reference as if fully set forth herein," including preceding counts. *See, e.g.*, ECF No. 1 ¶ 56. Accordingly, this Court finds that Plaintiff's complaint is a shotgun pleading prohibited by Federal Rule of Civil Procedure 8(a)(2).

"When a litigant files a shotgun pleading, is represented by counsel, and fails to request leave to amend, a district court must *sua sponte* give him one chance to replead before dismissing his case with prejudice on non-merits shotgun pleading grounds." *Vibe Micro, Inc. v. Shabanets*, 878 F.3d 1291, 1296 (11th Cir. 2018). Plaintiffs must file an amended complaint correcting the deficiencies outlined above **on or before Friday, May 19, 2023**.

**SO ORDERED on May 11, 2023.**

s/Mark E. Walker
**Chief United States District Judge**
