# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

ALACHUA COUNTY EDUCATION ASSOCIATION et al.,

   *Plaintiffs*,

v.

DONALD J. RUBOTTOM, et al.,

   *Defendants*.

Civil Action No. 1:23cv111-MW/HTC

**JOINT REPORT ON PARTIES' MEET-AND-CONFER REGARDING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

As required by this Court's May 15, 2023 Order Setting Conference Schedule, Dkt. No. 16, the Parties met and conferred via telephone on Wednesday, May 17, 2023 and Thursday, May 18, 2023, concerning those issues raised in the Court's Order. As a result of those conferences and subsequent email communication, and in advance of the Court's scheduled May 19, 2023 telephonic scheduling conference, the Parties jointly report as follows:

1. The Parties propose that Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction would be due on or before June 9, 2023.

2. The Parties propose that Plaintiffs' Reply in Support of their Motion for Preliminary Injunction be due the earlier of (i) June 19, 2023, or (ii) three

1

business days before any hearing scheduled by the Court on Plaintiffs' Motion for a Preliminary Injunction.

3. In light of the Court's May 17, 2023 Order Regarding Briefing, Dkt. No. 21, and to fully address those issues raised by the Court, the Parties respectfully request an enlargement of the maximum word count for their Opposition and Reply, respectively, by 3,200 words. Accordingly, if granted, Defendants' Opposition would be limited to 11,200 words, and Plaintiffs' Reply to 6,400 words.

4. The Parties are available for a hearing on Plaintiffs' Motion for a Preliminary Injunction on Friday, June 23, 2023, or at the Court's convenience from Thursday, June 22, 2023, or thereafter.

5. At present, the Parties do not anticipate the need for live testimony of witnesses at the Preliminary Injunction hearing. Defendants do not object to the admissibility of Plaintiffs' Declarations on the ground that they are out-of-court statements, but Defendants reserve their right to object to the admissibility of Plaintiffs' Declarations on other grounds and to make arguments concerning the weight to be accorded those Declarations.

The Parties are prepared to address these or any other issues raised by the Court in this morning's telephonic scheduling conference.

Respectfully Submitted,

s/ *Adam Bellotti*

LEON DAYAN*
(DC Bar ID 444144)
ldayan@bredhoff.com
ADAM BELLOTTI*
(DC Bar ID 1020169)
abellotti@bredhoff.com
KARA A. NASEEF*
(DC Bar ID 1671394)
knaseef@bredhoff.com
Bredhoff & Kaiser, P.L.L.C.
805 15th Street, N.W.
Suite 1000
Washington, D.C.  20005
(202) 842-2600

MARTIN F. POWELL
mpowell@meyerblohmlaw.com
Florida Bar No. 70317
Meyer, Blohm and Powell, P.A.
403 East Park Avenue
Post Office Box 1547 (32302)
Tallahassee, Florida 32301
(850) 878-5212

Attorneys for Plaintiffs

*Admitted *pro hac vice*

s/ *Bryan Weir*

BRYAN WEIR*
Consovoy McCarthy PLLC
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
703.243.9423

AMBER STONER NUNNALLY
JASON GONZALEZ
Lawson Huck Gonzalez, PLLC
215 South Monroe Street, Suite 320
Tallahassee, Florida 32301
(850) 825-4334 (office)
(850) 443-2486 (cell)
amber@lawsonhuckgonzalez.com

Attorneys for Defendants

*Admitted *pro hac vic*