## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT DISTRICT OF FLORIDA

ALACHUA COUNTY EDUCATION ASSOCIATION, UNITED FACULTY OF FLORIDA-UNIVERSITY OF FLORIDA; UNITED FACULTY OF FLORIDA; LAFAYETTE EDUCATION ASSOCIATION; PINELLAS CLASSROOM TEACHERS ASSOCIATION; HERNANDO UNITED SCHOOL WORKERS; FLORIDA EDUCATION ASSOCIATION; And MALINI SCHUELLER,

   Plaintiffs,

vs.

DONALD J. RUBOTTOM, in his official capacity as Chair of the Florida Public Employees Relations Commission; JEFF AARON, in his official capacity as Commissioner of the Florida Public Employees Relations Commission; MICHAEL SASSO, in his official capacity as Commissioner of the Florida Public Employees Relations Commission; MORTEZ HOSSEINI; DAVID BRANDON; RICHARD COLE; CHRISTOPHER CORR; OLIVIA GREEN; JAMES HEAVENER; DANIEL O'KEEFE; RAHUL PATEL; MARSHA POWERS; FRED RIDLEY; DANAYA WRIGHT; PATRICK ZALUPSKI; and ANITA ZUCKER, in their official capacity as Chair and Members of the Board of Trustees of the University of Florida; THE SCHOOL BOARD OF ALACHUA COUNTY; THE SCHOOL BOARD OF PINELLAS COUNTY; and THE SCHOOL BOARD OF HERNANDO COUNTY,

   Defendants.
_____/

CASE NO.: 1:23-cv-00111-MW-HTC

## **NOTICE OF APPEARANCE AND CHANGE OF LEAD COUNSEL**

PLEASE TAKE NOTICE that the Defendant, THE SCHOOL BOARD OF PINELLAS COUNTY, by and through its undersigned counsel, hereby gives notice that whereas the law firm of Banker Lopez Gassler P.A. will remain attorneys of record for the above referenced cause of action, the undersigned attorney, William Kebler, Esquire will now replace Steven E. Oole, Esquire

as lead counsel for this Defendant.  All future correspondence, communications, pleadings, and other papers should be served on the undersigned.

Dated: July 26, 2023.

Respectfully submitted,

 */s/ William A. Kebler* _____
William A. Kebler, Esquire
Banker Lopez Gassler P.A.
wkebler@bankerlopez.com
Service-wkebler@bankerlopez.com
360 Central Avenue, Suite 700
St. Petersburg, Florida   33701 3825
FBN: 716911
Attorney for the Defendant,
The School Board of Pinellas County

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically filed and served by electronic notification in accordance with the Court's CMECF system this 26th day of July, 2023.

\_\_\_\_*/s/ William A. Kebler* _____
William A. Kebler, Esquire
