IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ALACHUA COUNTY EDUCATION
ASSOCIATION, et al.,**

    *Plaintiffs*,

v.                                                   Case No.: 1:23cv111-MW/HTC

**DONALD J. RUBOTTOM, et al.,**

    *Defendants*.

_____/

## ORDER GRANTING EXTENSION

This Court has considered, without hearing, Defendant Alachua County School Board's unopposed motion to extend the deadline to respond to the complaint. ECF No. 87. The motion is **GRANTED**. Defendant Alachua County School Board must respond to the complaint **on or before Thursday, August 17, 2023**.

**SO ORDERED** on August 15, 2023.

                                                    **s/Mark E. Walker                **
                                                    **Chief United States District Judge**