IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALACHUA COUNTY EDUCATION
ASSOCIATION, et al.,

    *Plaintiffs*,

v.                                             Case No.: 1:23cv111-MW/HTC

DONALD J. RUBOTTOM, et al.,

    *Defendants*.

_____/

## ORDER VACATING IN PART ORDER SETTING MOTION TO DISMISS DEADLINE AND SETTING BRIEFING DEADLINE FOR MOTIONS FOR SUMMARY JUDGMENT

This Court has considered, without hearing, the PERC Defendants and Plaintiffs' joint motion to vacate the deadline to file a motion to dismiss and set a briefing schedule for cross motions for summary judgment. ECF No. 90. The motion is **GRANTED**.

    **IT IS ORDERED**:

1. This Court's order dated August 3, 2023, ECF No. 89, is **VACATED in part**. Specifically, the portion of the order that set a deadline for the PERC Defendants to file a motion to dismiss is **VACATED**.

2. Plaintiffs must file their motion for summary judgment **on or before Tuesday, September 5, 2023**. The PERC Defendants must file their

combined cross motion for summary judgment and response in opposition **on or before Tuesday, October 3, 2023**. Plaintiffs must file their combined reply and response in opposition to the PERC Defendants' cross motion for summary judgment **on or before Tuesday, October 17, 2023**. The PERC Defendants must file their reply **on or before Tuesday, October 24, 2023**.

3. **This schedule does not apply to the non-PERC Defendants.**

   **SO ORDERED on August 18, 2023.**

   <u>s/Mark E. Walker</u>
   **Chief United States District Judge**