IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALACHUA COUNTY EDUCATION
ASSOCIATION, et al.,
    Plaintiffs,

v.                                        Case No. 1:23cv111-MW/HTC

KEREY CARPENTER, et al.,

    Defendants.
_____/

## JUDGMENT

Counts I and II are DISMISSED without prejudice for lack of standing. Counts III, V, VI, and VII are DISMISSED with prejudice because Defendants are entitled to summary judgment. As to Plaintiffs UFF-UF, UFF, and ACEA, Count IV is DISMISSED as moot because these Plaintiffs' collective bargaining agreements have expired. As to Plaintiff Lafayette Education Association, Count IV is DISMISSED without prejudice for lack of standing.

Judgment is entered in favor of Pinellas Classroom Teachers Association and Hernando United School Workers and against Defendants with respect to Count IV, because the payroll deduction ban violates Article I, Section 10 of the United States Constitution as applied to these Plaintiffs' existing collective bargaining agreements. This Court declares that section 447.303(1)s prohibition on the collection of union dues through payroll deductions, as applied to Pinellas Classroom Teachers

Association's and Hernando United School Workers's existing collective bargaining agreements, violates these Plaintiffs rights under Article I, Section 10 of the United States Constitution. This Court GRANTS these Plaintiffs' request for a permanent injunction. The PERC Defendants, their successors and all those acting in concert with them or at their direction are enjoined from implementing or enforcing section 447.303(1) against these Plaintiffs. Defendants School Board of Pinellas County and School Board of Hernando County, their successors, and all those acting in concert with them or at their direction, are enjoined from invoking section 447.303(1) as a defense in any forum with respect to the existing collective bargaining agreements, including without limitation in any grievance meeting or arbitration, as a basis for refusing to honor the dues-deduction provisions in their existing collective bargaining agreements. This injunction expires upon expiration of these Plaintiffs' existing collective bargaining agreements.

                                                JESSICA J. LYUBLANOVITS
                                                CLERK OF COURT

<u>November 6, 2024</u>                         <u>s/ KELLI MALU</u>
Date                                            Deputy Clerk: Kelli Malu